UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-00870-WDM-MJW

PATRICE HUNTER,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

      Defendant.

## ORDER FOR ATTORNEYS' FEES

Miller, J.

      Subject to my approval, the parties have stipulated to an award of attorneys' fees and expenses to plaintiff's counsel in the amount of $5,000 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After review of the result in this case, I now approve that award.

      Accordingly, it is ordered:

1.     The motion to order approving stipulation of award of attorney fees, filed July 12, 2005, is granted.

2.	Counsel for plaintiff is awarded attorneys' fees and expenses in the total amount of $5,000.

DATED at Denver, Colorado, on July 14, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge